UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | 8:24-cv-02347-FWS-ADS | Date | May 27, 2025 |
|---|---|---|---|
| Title | Arsineh Ohanian v. Porsche Cars North America, Inc. | | |

**PRESENT:**

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>　　　　　　　　　　<u>Not Reported</u>
Deputy Clerk　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

None Present　　　　　　　　　　　　　None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

　　The court, having been advised by a Notice of Settlement [19] that this action settled, hereby orders this action dismissed without prejudice. The court hereby orders all proceedings in the case vacated and taken off calendar.

　　The court retains jurisdiction for **90 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

　　Any pending Order to Show Cause is hereby discharged.

　　　　　　　　　　　　　　　　　　　　　　　　-　　　:　　-

　　　　　　　　　　　　　　　Initials of Deputy Clerk　rrp

cc: